CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 21 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LAURI ANN BENEDICT, | ) | |
|    Petitioner, | ) | Civil Action No. 7:05-cv-00332 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| BARBARA J. WHEELER, | ) | By: Hon. James C. Turk |
|    Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** without prejudice and stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 21st day of June, 2005.

                                                 */s/ James C. Turk*
                                        Senior United States District Judge